# United States Court of Appeals
## For the First Circuit

No. 19-2019

ANA RUTH HERNANDEZ-LARA,

Petitioner, Appellee,

v.

TODD M. LYONS, Immigration and Customs Enforcement, Enforcement
and Removal Operations, Acting Field Office Director,

Respondent, Appellant,

CHRISTOPHER BRACKETT, Superintendent, Strafford County
Department of Corrections,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on August 19, 2021, is amended as follows:

On page 83, line 2, replace "tenant" with "tenet"